Certificate Number: 03088-NJ-DE-038602313

Bankruptcy Case Number: 24-16026



03088-NJ-DE-038602313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2024, at 12:17 o'clock PM CDT, Timbalee M Wheeler completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 24, 2024

By: /s/Katherine Minnich

Name: Katherine Minnich

Title: Counselor