UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BRIAN A. ROEMERSMA, Esq.
Wilhelm & Roemersma, P.C.
305 Roseberry Street
Phillipsburg, New Jersey 08865
Telephone: (908) 454-3200
Facsimile: (908) 454-3322
Email: broemersma@wwgrlaw.com
Attorney for Debtor

In Re:
TIMBALEE WHEELER

Case No.: 24-16026

Judge: RG

Chapter: 13

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Timbalee Wheeler__, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☒ Debtor:    ☐ Chap. 11    ☒ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Brian A. Roemersma, Esq.__ to serve as (check all that apply):

   ☒ Attorney for:    ☒ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel

    ☐ Auctioneer     ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   Debtor has a pending Worker's Compensation Claim.

4. The professional has been selected because:
   He is a New Jersey Supreme Court Certified Worker's Compensation Attorney.

5. The professional services to be rendered are as follows:
   Prosecution of Worker's Compensation Claim.

6. The proposed arrangement for compensation is as follows:
   Pursuant to law, as authorized and approved by the New Jersey Worker's Compensation Court.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

   _____

   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 8/27/24

_____
Signature of Applicant

rev.8/1/15

3