Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 24−16026−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Timbalee M. Wheeler
    410 Firth Street
    Phillipsburg, NJ 08865

Social Security No.:
    xxx−xx−9357

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/2/24 at 10:00 AM

to consider and act upon the following:

*17* − Limited Objection to Application For Retention of Professional (related document:16 Application For Retention of Professional Brian A. Roemersma as Attorney Filed by Scott M. Wilhelm on behalf of Timbalee M. Wheeler. Objection deadline is 9/3/2024. filed by Debtor Timbalee M. Wheeler) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/3/24

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court