# WORKERS COMPENSATION
## CONTINGENT FEE AGREEMENT

I, Timbalee Wheeler, the undersigned, hereby appoint and retain **WILHELM & ROEMERSMA**, P.C., P.O. Box 800, Phillipsburg, New Jersey, 08865, my/our true and lawful Attorney in the handling, prosecution, trial or the settlement of the workers compensation claim of the undersigned against Greystone, for a DOI of 6/20/24 and to do all Lawful acts requisite to prosecute my claim. Our firm will not protect your interest or work on any other matter unless a separate new retainer is entered between the client and our firm including, but not limited to: employment related issues (ADA, LAD, Termination, Disability Applications for Pensions or SSD, overlapping employment matters, or any other claim against your employer or any third party.

In consideration of services performed and to be performed, it is agreed that said Attorney will receive twenty (20%) percent of all benefits recovered.

Costs and expenses incurred in the prosecution of this claim, such as the costs of depositions, costs of investigations, costs for obtaining records and reports, and costs for retaining expert witnesses shall be borne and paid by the client and not by the Attorney above-named. Unless otherwise set forth in writing and agreed to by said Attorney costs and expenses shall initially be paid by client. In the event the firm advances costs and we are not successful, the client agrees to be personally responsible for all costs incurred in the prosecution of the matter.

It is understood and agreed that the obligation of the Attorney hereunder does not include filing or handling of any Appeal.

I understand that I have a duty to cooperate with my attorney and to be forthcoming with all information relevant to my case. I understand that counsel may have the ability to terminate this contingency agreement at any time.

I understand that my attorney is only filing a claim for the above accident date. If I suffer a new accident or a new exposure, I must sign a new retainer agreement and sign a new claim petition form. If I do not, I understand this firm will not be protecting any legal rights I may have from these additional injuries, accidents, or exposures.

The law firm will maintain your file for at least seven years after your matter concludes. It is our policy to maintain all documents in electronic form only – primarily PDF files. By signing this agreement you consent to the secure distraction of the paper file, except for documents which are required to be maintained in original form. You may request a copy of your file at any time during, upon conclusion of your matter, which will be delivered to you on an optical disc (CD or DVD).

Though your electronically maintained file may be destroyed seven years after your matter concludes without further notice, it is our policy to keep your file in electronic form for as long as practicable. However, the law firm is not obligated to protect your electronic file from destruction, or guarantee its readability, after seven years. All documents which are required to be maintained in original form such as wills deeds etc. will be returned to you when you're mad at concludes.

IN WITNESS WHEREOF, I/We hereunto set our hand(s) and seal(s) this 21st day of June, 2024, with the express intent to be bound hereby.

**WILHELM & ROEMERSMA**

BY: _____          _____
BRIAN A. ROEMERSMA, ESQ              PETITIONER/CLAIMANT