Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−16026−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timbalee M. Wheeler
   410 Firth Street
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−9357

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2024
JAN: rah

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 24-16026-RG
Timbalee M. Wheeler                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Sep 20, 2024      Form ID: 148      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timbalee M. Wheeler, 410 Firth Street, Phillipsburg, NJ 08865-3204 |
| 520299909 | + | Aqua New Jersey, PO BOX 70279, Philadelphia, PA 19176-0279 |
| 520299911 | | Capital One Bank, N.A., c/o Lyons, Doughty and Veldhuis, P.C., Marlton, NJ 08053 |
| 520299913 | + | Capital One/Journey Student Card, c/o Lyons, Doughty & Veldhuis. PC, 525 Route 73 North, Suite 400, PO BOX 98, Marlton, NJ 08053-0098 |
| 520299914 | + | Cavalry Portfolio Services/ CitiBank- Costco, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520299918 | + | Elizabethtown, PO BOX 6031, Bellmawr, NJ 08099-6031 |
| 520299919 | + | LVNV Funding LLC/Credit One Bank, PO BOX 21405, Eagan, MN 55121-0405 |
| 520299922 | + | Midland Credit Management/Comenity Bank Victo, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520299923 | | Nelent/Department of Education, P.O. Box 2837, Portland, OR 97208-2837 |
| 520299924 | + | Northstar Location Services, LLC/Barclays Ban, ATTN: Financial Services Department, 4285 Genesse Street, Buffalo, NY 14225-1943 |
| 520299926 | + | Portfolio Recovery Associaites/The Bank of Mis, c/o Weltman, Weinberg & Reis Co., LPA, 250 Walnut Street, Phildelphia, PA 19144-2045 |
| 520299927 | + | Portfolio Recovery Associates, LLC/The Bank o, c/o Weltman, Weinberg & Reis Co., LPA, 250 Walnut Street, Philadelphia, PA 19144-2045 |
| 520299928 | + | Public Employee's Retirement System, State of New Jersey, Department of Treas, PO BOX 295, Trenton, NJ 08625-0295 |
| 520299929 | + | St. Lukes University Health Network, PO BOX 604152, Charlotte, NC 28260-4152 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520299910 | + | Email/Text: customer.service@atlantichealth.org | Sep 20 2024 20:37:00 | Atlantic Heath System, PO Box 21385, New York, NY 10087-1385 |
| 520299912 | + | EDI: CAPITALONE.COM | Sep 21 2024 00:26:00 | Capital One Bank/Platinum Card, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 520312217 | + | EDI: AIS.COM | Sep 21 2024 00:26:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301854 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2024 20:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520299915 | + | EDI: CITICORP | Sep 21 2024 00:26:00 | Citi Cards/Home Depot, P.O. Box 790345, Saint Louis, MO 63179-0345 |
| 520299916 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 20 2024 20:44:41 | Dell Preferred Account, PO BOX 6403, Carol Stream, IL 60197 |
| 520349662 | | EDI: JEFFERSONCAP.COM | Sep 21 2024 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520299920 | + | Email/Text: signed.order@pfwattorneys.com | | |

Case 24-16026-RG    Doc 23    Filed 09/22/24    Entered 09/23/24 00:16:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 20, 2024 | Form ID: 148 | Total Noticed: 45 |

| ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Sep 20 2024 20:36:00 | LVNV Funding LLC/Synchrony Bank (HSN), c/o Pressler , Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520303334 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:59:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520299921 | + | Email/Text: signed.order@pfwattorneys.com | Sep 20 2024 20:36:00 | LVNV Funing, LLC/HSN Card/Syncb, c/o Pressler Felt & Waeshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520365726 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2024 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520299917 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 20 2024 20:36:00 | E-Zpass, New Jersey Service Center, PO BOX 4973, Trenton, NJ 08650 |
| 520334625 | | EDI: PRA.COM | Sep 21 2024 00:26:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520342418 | | EDI: PRA.COM | Sep 21 2024 00:26:00 | Portfolio Recovery Associates, LLC, c/o Ally Bank, POB 41067, Norfolk VA 23541 |
| 520299925 | + | Email/Text: BKMAIL@planethomelending.com | Sep 20 2024 20:36:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 520351601 | + | Email/Text: BKMAIL@planethomelending.com | Sep 20 2024 20:36:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520350993 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:59:10 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520299930 | + | Email/Text: EBN@seliplaw.com | Sep 20 2024 20:36:00 | Sychrony Bank/PayPal Mastercard, c/o Selip & Stylianou, LLP, 10 Forest Avenue , PO BOX 914, Paramus, NJ 07653-0914 |
| 520299931 | + | Email/Text: EBN@seliplaw.com | Sep 20 2024 20:36:00 | Synchrony Bank, c/o Selip & Stylianou, LLP, 10 Forest Avenue , PO BOX 914, Paramus, NJ 07653-0914 |
| 520299932 | + | EDI: SYNC | Sep 21 2024 00:26:00 | Synchrony Bank/Amazon Store Card, PO BOX 71711, Philadelphia, PA 19176-1711 |
| 520299933 | + | Email/Text: EBN@seliplaw.com | Sep 20 2024 20:36:00 | Synchrony Bank/PayPal, c/o Selip & Stylianou, LLP, 10 Forest Avenue, PO BOX 914, Paramus, NJ 07653-0914 |
| 520299934 | | EDI: AISTMBL.COM | Sep 21 2024 00:26:00 | T-Mobile, PO BOX 742596, Cincinnati, OH 45274 |
| 520310020 | + | EDI: AIS.COM | Sep 21 2024 00:26:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520328761 | + | EDI: CBSTDR | Sep 21 2024 00:26:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520299935 | ^ | MEBN | Sep 20 2024 20:37:42 | TD Retail Card Services/Raymour & Flanigan, c/o Tromberg Morris Poulin, PLLC, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 520369498 | | Email/Text: bankruptcy@tfifinance.com | Sep 20 2024 20:37:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520299936 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 20 2024 20:36:00 | Toyota Financial Services, PO BOX 5855, Carol Stream, IL 60197-5855 |
| 520351052 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 20 2024 20:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520329864 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 20 2024 20:37:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |

TOTAL: 31

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 148 | Total Noticed: 45 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520303335 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott M. Wilhelm | on behalf of Debtor Timbalee M. Wheeler wilhelms@wwgrlaw.com jenniferc@wwgrlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4